(No. 6116-)

CARMEN ALONZO, d/b/a CARMEN's MOVERS, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed February 17, 1972.*

EDWIN M. RAFFEL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Perlin, C.J.